UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:17-cv-62310-DIMITROULEAS/SNOW

VITAL PHARMACEUTICALS, INC., d/b/a
VPX, a Florida corporation,

    Plaintiff,

vs.

LABDOOR, INC., a Delaware corporation,

    Defendant.
_____/

**JOINT STIPULATION FOR, AND REQUEST FOR ENTRY OF, AGREED ORDER OF DISMISSAL WITH PREJUDICE**

By and through their respective counsel of record, Plaintiff, Vital Pharmaceuticals, Inc., and Defendant, Labdoor, Inc., having resolved this action, hereby jointly stipulate and agree to, and respectfully request entry of, an Agreed Order of Dismissal with Prejudice in the proposed form attached hereto, with each party bearing its own respective costs and attorneys' fees. As reflected within the attached proposed Agreed Order of Dismissal, the parties further agree to the Court retaining jurisdiction to enforce the terms of their settlement agreement and respectfully request that the Court so retain jurisdiction.

    IT IS SO STIPULATED.

| | |
|---|---|
| **LOTT & FISCHER, PL** | **VITAL PHARMACEUTICALS, INC., GENERAL COUNSEL** |
| /s/ Noah H. Rashkind | /s/ Marc J. Kesten |
| Noah H. Rashkind | Marc J. Kesten Esq., FBN 691801 |
| FBN 182196 | Email: Legal@vpxsports.com |
| Email: nrashkind@lottfischer.com | Vital Pharmaceuticals, Inc. |
| 255 Aragon Avenue | 1600 North Park Drive |
| Third Floor | Weston, Florida 33326 |
| Coral Gables, FL 33134 | Telephone: (954) 641-0570 |
| Telephone: (305) 448-7089 | *Attorney for Plaintiff* |
| *Attorney for Defendant* | |
| | **LAW OFFICE OF GREGG H. METZGER** |
| | /s/ Gregg H. Metzger |
| | Gregg H. Metzger, Esq. |
| | FBN 836850 |
| | Email: gmetzger@metzgerlegal.com |
| | 8000 Peters Road, Suite A200 |
| | Fort Lauderdale, Florida 33324-4047 |
| | Telephone: (954) 615-1513 |
| | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 8th day of April, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified in the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ Gregg H. Metzger

## SERVICE LIST

*Vital Pharmaceuticals, Inc. vs. Labdoor, Inc.*
United States District Court, Southern District of Florida
**CASE NO.: 0:17-cv-62310-DIMITROULEAS/SNOW**

**Leslie J. Lott**
Email: ljlott@lottfischer.com
Lott & Fischer, PL
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089
*Attorney for Defendant*

**Noah H. Rashkind**
Email: nrashkind@lottfischer.com
Lott & Fischer, PL
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 0:17-cv-62310-DIMITROULEAS/SNOW**

VITAL PHARMACEUTICALS, INC., d/b/a
VPX, a Florida corporation,

    Plaintiff,

vs.

LABDOOR, INC., a Delaware corporation,

    Defendant.
_____/

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

This cause having come before the Court upon the parties' Joint Stipulation for, and Request for Entry of, Agreed Order of Dismissal with Prejudice (the "Stipulation"), and the Court having considered said Stipulation, and being otherwise duly advised in the premises, it is hereby ORDERED and ADJUDGED:

1. The Stipulation is hereby ratified, confirmed and approved.

2. This action is hereby dismissed with prejudice, with each party to bear its own respective costs and attorneys' fees.

3. The Court hereby retains jurisdiction to enforce the parties' settlement agreement in this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of _____, 2019.

 

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
  Counsel of record