UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-62310-DIMITROULEAS/SNOW

VITAL PHARMACEUTICALS, INC.,

        Plaintiff,

vs

LABDOOR, INC.,

        Defendant.

_____/

**ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the Joint Stipulation for, and Request for Entry of, Agreed Order of Dismissal With Prejudice [DE 25] (the "Stipulation"), filed herein on April 8, 2019. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 25] is hereby **APPROVED**;
2. This case is **DISMISSED WITH PREJUDICE;**
3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 8th day of April, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record